# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO., INC. | § § § | |
| Defendants. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01674-JRG-RSP |
| vs. | § § § | CONSOLIDATED CASE |
| CARRIER CORPORATION | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Plaintiff Rothschild Connected Devices Innovations, LLC's motion to dismiss without prejudice, in the lawsuit between Plaintiff Rothschild Connected Devices Innovations, LLC and Defendant Carrier Corporation Inc. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by Rothschild Connected Devices Innovations, LLC against Carrier Corporation and any counterclaims or other claims that Carrier

Corporation may have are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 27th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE